

**J. Peter Staples, OSB No. 794042**
E-mail: pete@chernofflaw.com
**CHERNOFF, VILHAUER, McCLUNG & STENZEL, LLP**
601 SW Second Avenue, Suite 1600
Portland, OR 97204
Telephone: (503) 227-5631
Fax: (503) 228-4373

Attorneys for Plaintiff Videx, Inc.

FILED'10 JUL 16 1442USDC-ORP

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| VIDEX, INC., an Oregon corporation, | CV'10- 832   ST<br>Civil Case No. |
| Plaintiff, | **COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | |
| MEDECO SECURITY LOCKS, INC., a Virginia corporation, | **JURY TRIAL REQUESTED** |
| Defendant. | **PATENT CASE** |

For its Complaint plaintiff Videx, Inc. alleges:

## PARTIES

1.  Plaintiff is an Oregon corporation with its principal place of business in Corvallis, Oregon.

2.  Upon information and belief, defendant Medeco Security Locks, Inc. is a Virginia corporation having a place of business at 3625 Alleghany Drive, Salem, Virginia 24153-0330.

PAGE 1 – COMPLAINT FOR PATENT INFRINGEMENT



## JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction over the federal patent claims pursuant to 28 U.S.C. §§ 1331 and 1338.

4. This Court has personal jurisdiction over the defendant because, upon information and belief, defendant has engaged in acts outside of this state causing injury within this state, or has distributed products within this state in the ordinary course of trade, or has otherwise established contacts within this state sufficient to permit the exercise of personal jurisdiction. This District is a proper venue pursuant to 28 U.S.C. § 1391(b) and (c).

## FACTS

5. Plaintiff is the owner of U.S. Patent No. D457,051 S, entitled "Key for Electronic Lock" issued May 14, 2002 (the '051 patent). A copy of the '051 patent is attached as Exhibit 1.

6. Upon information and belief, defendant infringes the '051 patent by making, using, offering to sell or selling keys embodying the patented invention within the United States or by importing the patented invention into the United States.

7. Defendant's actions described above have been in deliberate, willful, malicious and reckless disregard of the rights of plaintiff.

## CLAIM FOR RELIEF
### (Patent Infringement)
### (35 U.S.C. § 271)

8. Plaintiff incorporates the allegations of paragraphs 1-7.

9. Defendant has infringed plaintiff's '051 patent by making, using, selling or offering to sell within the United States, or by importing into the United States, keys which are described in the claim of the '051 patent.

10. Plaintiff has been and will continue to be damaged by defendant's conduct unless defendant is enjoined from further infringing activity.

11. Defendant's deliberate and willful infringement of plaintiff's '051 patent makes this an exceptional case.

## PRAYER

Wherefore, plaintiff prays for judgment in its favor on all claims for relief and for an Order:

(a) that plaintiff's U.S. Patent No. D457,051 S is valid and infringed by defendant;

(b) preliminarily and permanently enjoining defendant, its agents, officers, assigns, and all others acting in concert with defendant from making, using, selling, offering to sell within the United States, or importing into the United States keys or other devices that infringe U.S. Patent No. D457,051 S;

(c) for an accounting of defendant's sales of keys that infringe the patent and the electronic locks associated with the infringing keys, and an award to plaintiff of damages adequate to compensate plaintiff for defendant's infringement of U.S. Patent No. D457,051 S;

(d) that the award of patent damages to plaintiff be trebled pursuant to 35 U.S.C. § 284;

(e) that this is an exceptional patent infringement case and awarding reasonable attorney fees to plaintiff pursuant to 35 U.S.C. § 285;

(f) for plaintiff's costs and disbursements incurred herein; and

(g)  such other relief as the Court shall deem appropriate.

DATED: July 16, 2010

        CHERNOFF, VILHAUER McCLUNG &
        STENZEL LLP

        _____
        J. Peter Staples, OSB No. 794042
        Telephone: (503) 227-5631
        Of Attorneys for Plaintiff Videx, Inc.

## DEMAND FOR JURY

Plaintiff hereby demands a jury trial of all issues so triable.

_____
J. Peter Staples, OSB No. 794042
Of Attorneys for Plaintiff Videx, Inc.

PAGE 4 – COMPLAINT FOR PATENT INFRINGEMENT



US00D457051S

(12) **United States Design Patent**   (10) Patent No.:     **US D457,051 S**
Davis                                    (45) Date of Patent:  ✱✱ **May 14, 2002**

(54) **KEY FOR ELECTRONIC LOCK**

(75) Inventor: Paul R. Davis, Corvallis, OR (US)

(73) Assignee: Videx, Inc., Corvallis, OR (US)

(✱✱) Term: 14 Years

(21) Appl. No.: 29/137,212

(22) Filed: Feb. 13, 2001

(51) LOC (7) Cl. .................................................. 08-07
(52) U.S. Cl. ...................................................... D8/347
(58) Field of Search ............ D8/347, 348; 70/409–412, 70/393, 402–407, 278.2, 278.3

(56) **References Cited**

U.S. PATENT DOCUMENTS

3,744,286 A  ✱  7/1973  Trainor .......................... 70/404
4,045,983 A  ✱  9/1977  Hughes .......................... 70/404

✱ cited by examiner

*Primary Examiner*—Jennifer Rivard
(74) *Attorney, Agent, or Firm*—Chernoff, Vilhauer, McClung & Stenzel, LLP

(57) **CLAIM**

The ornamental design for a key for electronic lock, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of the key for an electronic lock according to my novel design, in which the depiction in broken lines on the body of the key is for illustrative purposes only and forms no part of the claimed design;
FIG. 2 is a top plan view thereof;
FIG. 3 is a bottom plan view thereof;
FIG. 4 is a right side elevational view thereof, the left side elevational view thereof being a mirror image thereof; and,
FIG. 5 is a front elevational view thereof, the rear view not being visible.

1 Claim, 1 Drawing Sheet



**EXHIBIT 1**
**Page 1 of 2**

U.S. Patent             May 14, 2002             US D457,051 S



**EXHIBIT 1**
**Page 2 of 2**